PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Leonid Muchnik                                    Cr.: 05-00436-001

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh, U.S. District Judge

Date of Original Sentence: 11/04/05

Original Offense: Conspiracy to Launder Proceeds of Unlawful Activity

Original Sentence: 12 months and 1 day imprisonment; 2 years supervised release; $100 special assessment; $3,000 fine; Special conditions of financial disclosure, no new debt, and DNA collection.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 11/17/06

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall cooperate with the United States Probation Department's Computer and Internet Monitoring program. Cooperation shall include, but not be limited to, identifying computer systems, Internet capable devices, and/or similar electronic devices the defendant has access to, and allowing the installation of monitoring software/hardware on said devices, at the defendant's expense. The defendant may be limited to possessing only one personal Internet capable device, to facilitate our department's ability to effectively monitor his/her Internet related activities. The defendant shall also permit random examinations of said computer systems, Internet capable devices, and similar electronic devices, and related computer peripherals, such as CDs, under his/her control.

## CAUSE

The offender's instant offense involved the use of computers and the Internet. The above condition will allow the Eastern District of New York to monitor the offender's computer and Internet activity.

                                                            Respectfully submitted,

                                                            By: Anthony J. Nisi
                                                                U.S. Probation Officer
                                                            Date: 01/05/07

PROB 12B - Page 2
Leonid Muchnik

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1/10/07
Date

**Dennis M. Cavanaugh**
U.S. District Judge