PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Leonid Muchnik                                                     Cr.: 05-00436-001

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh, U.S. District Judge

Date of Original Sentence: 11/04/05

Original Offense: Conspiracy to Launder Proceeds of Unlawful Activity

Original Sentence: 12 months and 1 day imprisonment; 2 years supervised release; $100 special assessment; $3,000 fine; Special conditions of financial disclosure, no new debt, and DNA collection.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 11/17/06

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is prohibited from viewing, downloading/uploading, storing, etc. pornographic material via a computer and/or the Internet.

## CAUSE

The offender's instant offense involved the use of computers and the Internet. The above condition will allow the Eastern District of New York to monitor the offender's computer and Internet activity.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 05/01/07

PROB 12B - Page 2
Leonid Muchnik

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5/14/07
Date

**Dennis M. Cavanaugh**
U.S. District Judge