PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Leonid Muchnik　　　　　　　　　　　　　　　　　　Cr.: 05-00436-001

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh, U.S. District Judge

Date of Original Sentence: 11/04/05

Original Offense: Conspiracy to Launder Proceeds of Unlawful Activity

Original Sentence: 12 months and 1 day imprisonment; 2 years supervised release; $100 special assessment; $3,000 fine; Special conditions of financial disclosure, no new debt, and DNA collection.

Type of Supervision: Supervised Release　　　　　　　　　Date Supervision Commenced: 11/17/06

## PETITIONING THE COURT

[X]　To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health treatment program approved by the probation department. The defendant shall contribute to the cost of services rendered or any psychotropic medications as prescribed, via co-payment or full payment, in an amount to be determined by the probation department, based upon the defendant's ability to pay and/or the availability of third party payment.

## CAUSE

The offender's instant offense involved the use of computers and the Internet. The offender continues to view pornographic websites and images. The above condition will allow the Eastern District of New York to provide the offender with mental health treatment.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 09/24/07

PROB 12B - Page 2
Leonid Muchnik

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

*Signature of Judicial Officer*

9-27-07
Date

Dennis M. Cavanaugh
U.S. District Judge

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*The defendant shall participate in a mental health treatment program approved by the probation department. The defendant shall contribute to the cost of services rendered or any psychotropic medications as prescribed, via co-payment or full payment, in an amount to be determined by the probation department, based upon the defendant's ability to pay and/or the availability of third party payment.*

Witness: *[signature]*  Signed: *[signature]*
Brian J. Kelly     Leonid Muchnik
Senior U.S. Probation Officer    Supervised Releasee

08/28/07
DATE